DEAN M. GLOSTER, State Bar No. 109313
MARK D. PETERSEN, State Bar No. 111956
KELLY A. WOODRUFF, State Bar No. 160235
BENJAMIN C. GEIGER, State Bar No. 245614
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:    (415) 954-4400
Facsimile:    (415) 954-4480
dgloster@fbm.com
mpetersen@fbm.com
kwoodruff@fbm.com
bgeiger@fbm.com

Counsel for Appellants Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, SKF Aviation, LLC, Monterey Peninsula Farms, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SKF Aviation, LLC and CSSS LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | District Court Case No. 11-02987-LKK |
| SK Foods, L.P., a California limited partnership, *et al.* | Bankruptcy Court Case No. 09-29162-D-11 |
| Debtors. | **STIPULATION AND ORDER EXTENDING DEADLINES REGARDING BANKRUPTCY APPEAL** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ORDER EXTENDING DEADLINES
REGARDING BANKRUPTCY APPEAL

27019\2924937.1

**STIPULATION**

Appellants Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust, SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, SKF Aviation, LLC, Monterey Peninsula Farms, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC, SSC Farms III, LLC, SKF Aviation, LLC and CSSS LP (collectively "Appellants"), on the one hand, and Bradley D. Sharp ("Appellee"), the duly appointed and acting chapter 11 trustee of substantively consolidated debtors SK Foods, L.P., a California limited partnership, and RHM Industrial/Specialty Foods, Inc., a California corporation, on the other hand, by and through their respective counsel, hereby stipulate and agree as follows:

1. On December 22, 2011, the Clerk of the United States Bankruptcy Court for the Eastern District of California certified to the Court that the record in the above-captioned bankruptcy appeal (the "Appeal") was complete.

2. On the same day, the Clerk of the Court set the following briefing schedule: Appellants' opening brief and excerpts of record due January 5, 2012; Appellee's opening brief due within fourteen (14) days after service of Appellants' brief, and Appellants' reply due within fourteen (14) days after service of Appellee's brief.  Dkt. No. 9-1, Dec. 16, 2011.

3. On January 2, 2012, Appellants filed an unopposed *ex parte* application to extend the briefing schedule by 14 days.

4. On January 5, 2012, the Court granted the application and ordered Appellants' opening brief to be filed by January 19, 2012.

5. Due to the press of business, Appellants' counsel is unable to complete the opening brief on Appeal by January 19, 2012.  Accordingly, Appellants' counsel requested that Appellee stipulate to extend the briefing schedule an additional two weeks, making Appellants' opening brief due February 2, 2012.  Appellee's counsel agreed.

6. Accordingly, the Parties respectfully request that the Court enter an order extending the briefing deadline to February 2, 2012 and instructing that all other briefing

thereafter regarding the Appeal be conducted in accordance with the Local Rules and the Bankruptcy Rules.

**IT IS SO STIPULATED.**

Dated: January 16, 2011

| FARELLA BRAUN + MARTEL LLP | SCHNADER HARRISON SEGAL & LEWIS LLP |
|---|---|
| By: _/s/ Kelly A. Woodruff_<br>Kelly A. Woodruff | By: _/s/ Gregory C. Nuti_<br>Gregory C. Nuti |
| Attorneys for Appellants | Attorneys for Appellee |

**ORDER**

Pursuant to the foregoing stipulation, and good cause appearing therefore, **IT IS ORDERED AS FOLLOWS:**

1. February 2, 2012 shall be the deadline for Appellants to file their opening brief and excerpts of record in the Appeal.

2. The deadlines of all other briefing regarding the Appeal shall be determined under the Local Rules and the Bankruptcy Rules.

Dated: January 19, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ORDER EXTENDING DEADLINES
REGARDING BANKRUPTCY APPEAL

- 2 -

27019\2924937.1