UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.,

    Debtor.

SCOTT SALYER, et al.,                                    CIV. S-11-2987 LKK

    Appellants,

        v.
                                                         O R D E R
SK FOODS, L.P., et al.,

    Appellees.
_____/

    Farella Braun + Martel LLP, counsel for appellants, the Salyer entities, has moved to withdraw as counsel. The firm has requested an Order Shortening Time so that the matter can be heard on April 18, 2012. The request is predicated upon the firm's desire to be heard at the same time as a hearing in this court previously scheduled for April 18, 2012 in Collins v. Sharp (In re SK Foods, L.P.), Civ. No. 2:12-775 LKK. However, the April 18th hearing date has been vacated. Id., Dkt. No. 11 (April 12, 2012). The court

1  notes that the firm has also moved to withdraw from representation
2  of the Salyer entities in the Bankruptcy Court.  That hearing is
3  scheduled for April 30, 2012.  <u>In re SK Foods, L.P.</u>, Bankr. No. 9-
4  2162, Dkt. No. 3738 (April 12, 2010).
5     Accordingly, the firm's request for an order shortening time
6  is **DENIED.**
7     IT IS SO ORDERED.
8     DATED:  April 16, 2012.

                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT