UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.,

    Debtor.

SCOTT SALYER, et al.,                    CIV. S-11-2987 LKK

    Appellants,

       v.

                                          O R D E R

SK FOODS, L.P., et al.,

    Appellees.
_____/

    The Salyer Entities' appeal in In re SK Foods, L.P., 11-cv-2987-LKK, is currently scheduled to be heard on July 23, 2012.  On June 6, 2012, the court advised appellants that they could "not appear or argue on their own behalf," nor "be heard at oral argument unless they have previously engaged counsel and counsel has entered an appearance in this case."  No new counsel has made an appearance in this case, to date.

    The court is aware however, that appellants are represented by new counsel, Robert R. Moore, Esq., of Allen Matkins Leck Gamble

Mallory & Natsis LLP, in <u>Sharp v. SSC Farms I (In re SK Foods)</u>, 12-cv-1292-LKK.

Accordingly, counsel is ordered to advise the court, no later than Friday, July 13, 2012 at 3:00 p.m., if he also represents appellants in 11-cv-2987-LKK, and if so, at the same time: (1) file his appearance in that case, and (2) notify the court whether or not he is prepared to go forward with oral argument on July 23, 2012.

IT IS SO ORDERED.

DATED:  July 11, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT