UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.,

    Debtor.

SCOTT SALYER, et al.,                  CIV. S-11-2987 LKK

    Appellants,

      v.

                                    O R D E R

SK FOODS, L.P., et al.,

    Appellees.

_____/

The Salyer Entities' appeal in In re SK Foods, L.P., 11-cv-2987-LKK, is currently scheduled to be heard on July 23, 2012. On June 6, 2012, the court advised appellants that they could "not appear or argue on their own behalf," nor "be heard at oral argument unless they have previously engaged counsel and counsel has entered an appearance in this case." No new counsel has made an appearance in this case, to date.[1]

---

[1] Counsel representing appellants in a separate appeal have advised that they do not represent appellants here. See 12-cv-1292-LKK, Dkt. No. 20.

All briefing on this appeal having been completed, the court will therefore decide this appeal on the papers, without oral argument.

Accordingly,

1. This matter is **SUBMITTED** on the papers; and
2. The hearing on this appeal, scheduled for July 23, 2012, is **VACATED.**

IT IS SO ORDERED.

DATED: July 16, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT